**Order entered March 11, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00481-CV

## DAVID FUSARO, Appellant

## V.

## TRINITY UNIVERSAL INSURANCE COMPANY, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04057-2012**

## ORDER

The Court **DENIES** appellant's March 9, 2015 opposed motion for leave to file notice of supplemental brief and authority.

/s/     LANA MYERS
         PRESIDING JUSTICE